IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| ROBERT BRYANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 5:14-CV-00414-CLS |
| ) | |
| JUSTIN WATSON, et al. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION FOR DISMISSAL

Plaintiff Robert Bryant and Defendants Justin Watson, Jake Church, Drew Lane, Stan Bice, Chad Brooks, Mike Salamonski, Ryan Countess, Jermaine Nettles, and Blake Dorning, by and through their respective counsel of record, stipulate and agree pursuant to Rule 41, Fed. R. Civ Proc., that this action may be dismissed, with prejudice, each party to bear their own costs.

_____
Henry F. Sherrod III

HENRY F. SHERROD III, P.C.
119 South Court Street
P.O. Box 606
Florence, AL 35631-0606
hank@alcivilrights.com

Attorney for Plaintiff Robert Bryant

/s/ J. Bentley Owens, III
J. Bentley Owens, III

WALLACE, ELLIS, FOWLER,
HEAD & JUSTICE
P.O. Box 587
Columbiana, AL 35051
bowens@wefhlaw.com

Attorney for Justin Watson

/s/ T. Kelly May
T. Kelly May

HUIE, FERNAMBUCQ & STEWART
Three Protective Center
2801 Highway 280 South, Ste. 200
Birmingham, AL 35223-2484
kmay@huielaw.com

Attorney for Jake Church and Ryan Countess

/s/ James A. Kee, Jr.
James A. Kee, Jr.

KEE LAW FIRM, LLC.
P.O. Box 43347
3800 Colonnade Parkway, Ste. 550
Birmingham, AL 35243
jk@keelawfirm.com

Attorney for Drew Lane and Stan Bice

2

_____
John P. Burbach

SIROTE & PERMUTT, P.C.
305 Church Street, Ste. 800
Huntsville, AL 35801
jburbach@sirote.com

Attorney for Chad Brooks, Mike Salamonski and Jermaine Nettles

_____
George W. Royer, Jr.

LANIER FORD SHAVER & PAYNE, P.C.
2101 West Clinton Avenue, Suite 102
Huntsville, AL 35805
gwr@LanierFord.com

Attorney for Defendant Blake Dorning