FILED
 2014 Jul-31  PM 03:25
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **ROBERT BRYANT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No. CV-14-S-414-NE |
| | ) |
| **JUSTIN WATSON,** *et al.***,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Pursuant to the parties' Joint Stipulation of Dismissal,[1] it is ORDERED that all of plaintiff's claims are DISMISSED with prejudice. Costs are taxed as paid. The Clerk is directed to close this file.

DONE and ORDERED this 31st day of July, 2014.

_____
United States District Judge

---

[1] Doc. no. 24.